ACCEPTED
01-14-00720-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 4:34:49 PM
CHRISTOPHER PRINE
CLERK



**OLSON & OLSON LLP**
ATTORNEYS AT LAW

July 21, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/21/2015 4:34:49 PM

CHRISTOPHER A. PRINE
Clerk

Mr. Christopher A. Prine
Clerk of 1st Court of Appeals
301 Fannin, 2nd Floor
Houston, TX 77002-2066

Re: Cause No. 01-14-00720-CV; Trial Court Cause No. 12-CV-2828

*City of League City*
v.
*Christobelle Leblanc and Stanford Leblanc*

Dear Mr. Prine:

The First Court of Appeals issued a Bill of Cost July 17, 2015, in the above referenced cause, which states the cost of the Clerk's Record is unknown. Attached please find correspondence from Galveston County District Clerk stating the cost of the Clerk's Record is $476.00. Also attached, please find proof of payment for the $476.00.

Appellant, City of League City, respectfully requests the Court issue a corrected Bill of Cost, showing the charges for the Clerk's Record were $476.00.

Respectfully submitted,

*/s/Patricia L. Hayden*
Patricia L. Hayden
OLSON & OLSON, L.L.P.

PH/ep
Attachments

cc: Joel B. Flowers, III
1776 Yorktown St., Suite 600
Houston, TX 77056

***Via electronic service***

Wortham Tower, Suite 600 │2727 Allen Parkway │Houston, Texas 77019-2133
Telephone (713) 533-3800  Facsimile (713) 533-3888
www.olsonllp.com

| | |
|---|---|
| **From:** | Dixit, Shailja |
| **Sent:** | Friday, August 29, 2014 10:19 AM |
| **To:** | 'PHayden@OlsonLLP.com' |
| **Subject:** | Re: 12-CV-2828- Remit Letter for CLR on Appeal |

Ms. Hayden,

I have calculated the clerk's record on appeal to cost around $476.00. Clerk's record is due in 1st Court of Appeals on of before September, 08, 2014.

Please do not hesitate to call me if you have any questions.

Sincerely

Shailja Dixit


Shailja Dixit, Deputy Clerk
John D. Kinard, District Clerk
600 59th Street, Suite 4001
P. O. Box 17250
Galveston, Texas 77551
Phone: (409) 770-5225
Fax:    (409) 765-3130
Shailja.Dixit@co.galveston.tx.us

This is a "printer friendly" page. Please use the "print" option in your browser to print this screen.



# Payment Verification

**Confirmation Number:**          180117
**Payment Date:**                 Friday, August 29, 2014
**Payment Time:**                 09:35AM PT

### Payer Information

| | |
|---|---|
| First Name: | Patricia |
| Last Name: | Hayden |
| Street Address: | 2727 Allen Parkway |
| | Suite 600 |
| Town/City: | Houston |
| State: | TX |
| Zip Code: | 77019 |
| Country: | United States |
| Daytime Phone Number: | 713-533-3800 |
| E-mail Address: | epennington@olsonllp.com |
| Case Number (1-13 digits include letters) | 12CV2828 |

### Payment Option

| | |
|---|---|
| Payment Option: |  |
| Card Number: | |

### Payment Information

| | |
|---|---|
| Payment Entity: | Galveston County District Clerk |
| Payment Type: | Copies of District Clerk Files |
| Payment Amount: | $476.00 |
| Convenience Fee: | $23.95 |
| Total Payment: | $499.95 |



Copyright © 2015 Official Payments Corporation. All Rights Reserved.
Official Payments Corporation is a licensed money transmitter in 44 states, the District of Columbia, and Puerto Rico.
Official Payments is not required to be licensed as a money transmitter in Indiana, Massachusetts, Montana, New Mexico, South Carolina or Wisconsin.